IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **GARY ADAMS**, on behalf of himself and others similarly situated, | ) ) ) Case No. 1:22-cv-02288 |
| Plaintiff, | ) Judge David A. Ruiz ) ) |
| vs. | ) ) |
| **REGIONAL EXPRESS, INC.,** *et al.*, | ) ) |
| Defendants. | ) ) |

**UNOPPOSED MOTION TO VOLUNTARILY DISMISS
OPT-IN PLAINTIFF BERNADETTE PATTERSON, ONLY, WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Named Plaintiff respectfully moves the Court to voluntarily dismiss Opt-in Plaintiff Bernadette Patterson, only, and without prejudice. Defendants do not oppose this Motion.

Respectfully Submitted,

**NILGES DRAHER LLC**

*/s/ Robi J. Baishnab*
Robi J. Baishnab (0086195)
1360 E. 9th St, Suite 808
Cleveland, OH 44114
Telephone: 216-230-2955
Facsimile: 330-754-1430
Email: rbaishnab@ohlaborlaw.com

Shannon M. Draher (0074304)
Hans A. Nilges (0076017)
7034 Braucher Street NW, Suite B
North Canton, OH 44720
Telephone: (330) 470-4428
Facsimile: (330) 754-1430
Email:  sdraher@ohlaborlaw.com
           hans@ohlaborlaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 18, 2024, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                  /s/ *Robi J. Baishnab*
                                                                                  *Counsel for Plaintiffs*