# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **GARY ADAMS**, individually and on behalf of the Opt-in Plaintiffs, | ) ) ) | Case No. 1:22-cv-02288 |
| Plaintiff, | ) ) ) | Judge David A. Ruiz |
| v. | ) ) | **ORDER GRANTING JOINT MOTION FOR APPROVAL** |
| **REGIONAL EXPRESS CLEV INC.**, *et al.*, | ) ) ) | **OF FLSA COLLECTIVE ACTION SETTLEMENT** |
| Defendants. | ) | |

This matter is before the Court on the Parties' Joint Motion for Approval of FLSA Collective Action Settlement. Having reviewed the filings to date, the statements of law and fact in the joint motion and the exhibits attached to the motion, including the Settlement Agreement and Plaintiffs' declaration, the Court GRANTS the motion and approves the settlement as a fair and reasonable resolution of a disputed FLSA claim.

The Court understands that payments have been made pursuant to the terms of the Agreement. The Court nevertheless will retain jurisdiction over this action to enforce the terms of the Settlement, should the need arise. Otherwise, the settlement is approved and this matter is dismissed with prejudice and final judgment is hereby entered. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Order and Final Judgment immediately.

    **IT IS SO ORDERED.**


Date: March 6, 2025          /s/ *David A. Ruiz*
                                             DAVID A. RUIZ
                                             UNITED STATES DISTRICT JUDGE